1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   GERALYN A. GULSETH
4  Special Assistant United States Attorney
   California Bar No. 160872
5
        333 Market Street, Suite 1500
6       San Francisco, California 94105
        Telephone:  (415) 977-8923
7       Facsimile:  (415) 744-0134
        E-Mail: Geralyn.Gulseth@ssa.gov
8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11
                        WESTERN DIVISION
12

13  DARRYL M. FRANKS,                )
                                     )        No. CV 09-00814 PJW
14        Plaintiff,                 )
                                     )
15             v.                    )        **JUDGMENT OF REMAND**
                                     )
16  MICHAEL J. ASTRUE,               )
    Commissioner of Social Security, )
17                                   )
          Defendant.                 )
18  _____  )

19       The Court having approved the parties' Stipulation to Voluntary Remand

20  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

21  ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment

22  of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

23  above-captioned action is remanded to the Commissioner of Social Security for

24  further proceedings consistent with the Stipulation of Remand.

25

26  DATED:   _8/28/09_         _____
                               HON. PATRICK J. WALSH
27                             UNITED STATES MAGISTRATE JUDGE

28