1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Darryl Franks

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 DARRYL FRANKS,                     ) Case No.: CV 09-0814 PJW
                                      )
12        Plaintiff,                  ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES PURSUANT TO
                                      ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE, Commissioner    )
   of Social Security,                )
15                                    )
          Defendant                   )
16                                    )
                                      )
17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Steven G. Rosales, as Plaintiff's assignee and subject to the reservation of rights,

21 the amount of $2,500.00, as authorized by 28 U.S.C. § 2412(d), subject to the

22 terms of the above-referenced Stipulation.

23 DATE:    10/28/09

24                                    _____
                                      THE HONORABLE PATRICK J. WALSH,
25                                    UNITED STATES DISTRICT COURT
                                      UNITED STATES MAGISTRATE JUDGE
26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING

3 | /s/ Steven G. Rosales
_____
4 | Steven G. Rosales
Attorney for plaintiff Darryl Franks

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26